Fredrick Mosley 233819

V

Title: Dothan Police

Civil action NO
1:14-CV-71, WHA
WO/

Complaint Claim, objections

1 Brought By a private party, to protect a Private Right 2. Made about a violation of one Rights. 3 plaintiff sue on Behalf a laser group people why. New violation of people Circuit court for Houston County AL. knew they violation on decision all the Houston County, The Dothan police Dept. Made they on legal sentenc, video tape to try to positively me Mosley, By Sadie Edward of, From The police of Dothan Dept. my claim to my complaint legal

Frederick OB of Sympsey, 114-cv-00071 WHA
WC, WG

# Complaint

Complaint, made legal document filed in court by the plaintiff, Mosley set fact that pleas, case file, District Attorney office, Warrant Fact Sheet of Dept. of police, of Dothan AL. Houston county was in violation, of Amendment, constitution, did of my complaint violation peace of obtaining witnesses in favor, to counsel for his defense, cruel, the power states respectively people, US. people, me Mosley by re-examined in court of my complaint claims, objections, law of the land U.S that applies violation of Amendment to file sworn fact, that was not evidence against me Mosley 2-33-89, Fredrick

Any objection

The Judge considered, the evidence I'm place Before court party of defence File 24 - January Is fact to my claim and objection I was violation By Circuit Court for Houston County ALA. The Dothan Police Dept. In transcrip January 14 2009, Plea order was violation of my legal Basis of Amendments of Rights. It was private property took From public without compensations, to enjoy Right to a speedy and public trial an Impartial Jury of the state and district, when crime commided, every thing The Police Dept, District, Judge, use Attorneys was know evidence Fact it was perjury that foregoing of them

Fredrick Mosley
vs
Dothan Police.

Fact. claims. Stated with

1. May I Have Video tape, a plea order arr-ment, picture of saddle Enards. to use after in claims of my legal Basi's, the transact, Jan-11-2009, that the allknew legal sentenc, was made upon them to set forth A constittion violations, Burden of proof, Rules Courts to set law, without ordering any fact to crime or, cross examination, witness for perjuary, I'm B money Damage suffered of loss, the money is for Damage suffered of set in Back, setback lose

of crime that was committed of me, By Houston County ALABAMA A court order that set of all evidence Be use on half of me Mosley for relief for either side That court entered against a party who fail to appear in court or respond to Be charge, With Evidence I mosley place to court for claim objection on my complaint, very small or not.

Mosley Fredrick
160 Warrior Lane
Bessemer AL 35023-7299,


Mosley Fredrick 233319
March 24, 2014

Frederick Mosley 255819
C-12-B
100 Warrior Lane
Bessemer AL 35005,7291

BIRMINGHAM
AL 350
28 MAR 2014
PM 3 L



$ 000.48⁰
02 1P
0000807944    MAR 27 2014
MAILED FROM ZIP CODE 35023

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
P.O. Box 711
Montgomery, AL
36101-0711

LEGAL ONLY