IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDRICK BENARD MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:14cv-071-WHA |
| ) | |
| DOTHAN POLICE DEPARTMENT, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the Defendants and against the Plaintiff.

DONE this 7th day of April, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE